MDL 2738Daniel Murphy to: DCD MDL 08/23/2019 02:45 PM
Cc: Jaweia Campbell, Elizabeth Beres
From: Daniel Murphy/NJD/03/USCOURTS
To: DCD MDL <DCD_MDL@dcd.uscourts.gov>
Cc: Jaweia Campbell/NJD/03/USCOURTS, Elizabeth Beres/NJD/03/USCOURTS
1 Attachment


MDL 2738 CTO-160.pdf

**In Re:**

**JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Attached is a certified copy of a Certified Transfer Order (CTO-160) of the Judicial Panel on Multidistrict Litigation directing the transfer of the civil action(s) from your district to the District of New Jersey pursuant to 28 U.S.C. § 1407. Judge Freda L. Wolfson is presiding over this litigation. When the case(s) have been closed in your District please follow these procedures:
   1. Initiate the civil case transfer functionality in CM/ECF: **Extract Civil Case.**
   2. When prompted to select the Court choose **New Jersey**.


**Please Note** : After completing this process the NEF screen will display the following message: Sending e-mail to:InterdistrictTransfer_NJD@njd.uscourts.gov.   If the message is not displayed we have not received notice.

We will initiate the procedure to retrieve the transferred case(s) upon receipt of the e-mail. If your court does not utilize the CM/ECF transfer functionality please contact the clerk at the following e-mail address and documents will be retrieved using the courts Pacer account:

daniel_murphy@njd.uscourts.gov

If you have any questions, please contact Daniel Murphy at 609-989-2162.   Thank you for your consideration.


Daniel P. Murphy
United States District Court
In-Court Supervisor, Trenton Vicinage
402 East State Street, Room 2020
Trenton, NJ 08608
609-989-2162